**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEVIN BRITTON,<br><br>        Plaintiff,<br>v.<br>NORMAN OSTROW, INC., *et al.*,<br>        Defendants. | Civil Action No.: 19-cv-20306<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on defendants Norman Ostrow, Inc. and Steven Lesko's ("Defendants") letter application to dismiss plaintiff Kevin Britton's ("Plaintiff") complaint (ECF No. 1, "Complaint") for failure to prosecute this matter and for failure to provide discovery. ECF No. 57; and

**WHEREAS** on March 18, 2021, Magistrate Judge Edward S. Kiel issued a Report and Recommendation ("R&R") that Defendants application be granted given "the clear and unambiguous indication that [Plaintiff] has completely abandoned his case" and that this matter be dismissed. ECF No. 58 at 6; and

**WHEREAS** no objections have been filed thereto; and

**WHEREAS** for the reasons stated in Judge Kiel's R&R,

**IT IS** on this 6th day of May, 2021,

**ORDERED** that the Court adopts Judge Kiel's R&R that the Complaint be dismissed for Plaintiff's failure to prosecute his case, produce discovery, and comply with the Court's orders; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** the file in this matter.

**SO ORDERED**.

_____
**CLAIRE C. CECCHI, U.S.D.J.**